DENNIS LOCKHART v. THE STATE.

No. 3679.   Decided October 13, 1915.

**Local Option—Statement of Facts—Sufficiency of the Evidence.**

Where the only ground of the motion for new trial was that the verdict of the jury was contrary to the law and against the evidence, the judgment must be affirmed, in the absence of a statement of facts or bill of exceptions.

Appeal from the County Court of Johnson. Tried below before the Hon. B. Jay Jackson.

Appeal from a conviction of a violation of the local option law; penalty, a fine of $50 and thirty days confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

HARPER, JUDGE.—Appellant was convicted of violating the local option law, his punishment being assessed at a fine of $50 and thirty days imprisonment in the county jail.

This record is before us without a statement of facts or bill of excep-

tions. The only ground of the motion for new trial is that the verdict of the jury is contrary to the law and against the evidence. This can not be revised or reviewed in the absence of the evidence.

The judgment is affirmed.

*Affirmed.*